UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 25, 2007

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: **CV-07-3721 PJH (PR) Gray v. Finn**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

  (X) Certified copy of docket entries

  (X) Certified copy of TRANSFERRAL ORDER

  (X) Original case file documents

  (X) Please be advised that the above entitled action was previously designated to the Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    *Felicia Reloba*
    by: Felicia Reloba
    Case Systems Administrator

Enclosures
Copies to counsel of record